**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Mark Felipe Vilar
Vilar & Green
P. O. Box 12730
Alexandria LA 71315-2730

William Alan Pesnell
The Pesnell Law Firm
P. O. Box 1794
Shreveport LA 71166-1794

Nate W. Friedman
Faircloth, Melton & Sobel, LLC
105 Yorktown Drive
Alexandria LA 71303

> Judgment on rehearing rendered and mailed to all parties or counsel of record on January 30, 2019

**REHEARING ACTION: January 30, 2019**

**Docket Number: 18   00344-CA**

**SUCCESSION OF COLLEEN MCCALMONT**

**Appealed from Rapides Parish Case No. 43,462**

**BEFORE JUDGES:**

> Hon. John D. Saunders
> Hon. Billy Howard Ezell
> Hon. Candyce G. Perret

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **James Addison McCalmont, IV, in his Capacity as Independent Executor of the Succession of Colleen Hawthorne McCalmont** has this day been

   **DENIED.**

cc: Beverly A. DeLaune, Counsel for the Appellee
    Curtis Ray Shelton, Counsel for the Appellant
    Michael Hathorn Davis, Counsel for the Appellant
    David Richard Taggart, Counsel for the Appellee
    Matthew Nowlin, Counsel for the Appellee
    Bernard Slattery Johnson, Counsel for the Appellee